44 So.2d 30

### Girden BANKS v. STATE.
### 6 Div. 871.

Court of Appeals of Alabama.
Dec. 20, 1949.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

Distilling.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

44 So.2d 31

### Jack BANKS v. STATE.
### 6 Div. 879.

Court of Appeals of Alabama.
Dec. 6, 1949.

Appeal from Circuit Court, Tuscaloosa County; Reuben H. Wright, Judge.

Distilling.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

44 So.2d 31

### Joe Nathan BANKS v. STATE.
### 6 Div. 830.

Court of Appeals of Alabama.
Dec. 6, 1949.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

Attempted burglary.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

51 So.2d 911

### Jonnie (Johnie) BARGER v. STATE.
### 6 Div. 30.

Court of Appeals of Alabama.
Dec. 19, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

PER CURIAM.
Affirmed.

47 So.2d 918

### Hollis BARNETT v. STATE.
### 8 Div. 853.

Court of Appeals of Alabama.
May 23, 1950.

Appeal from Law and Equity Court, Lauderdale County; Raymond Murphy, Judge.

Abusive language.

W. A. Barnett, of Florence, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

44 So.2d 908

### Willie Lee BARNETT v. STATE.
### 8 Div. 757.

Court of Appeals of Alabama.
Jan. 31, 1950.

Appeal from Circuit Court, Lauderdale County; Robt. M. Hill, Judge.

Grand larceny.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.